FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 12  PM 12: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN ANDERSON | CIVIL ACTION |
| VERSUS | NO. 06-1108 |
| BURL CAIN, WARDEN | SECTION "F" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Shawn Anderson for habeas corpus relief is DISMISSED WITH PREJUDICE as time barred.

New Orleans, Louisiana, this 12th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____
```